IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-CV-00243-RPM-MJW**

DONALD K. BORTZFIELD,

Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant(s).

**ORDER REGARDING DEFENDANT'S MOTION TO COMPEL DISCOVERY AND MOTION FOR ATTORNEY FEES
(DOCKET NO. 22)**

Entered by Magistrate Judge Michael J. Watanabe

This matter is before the court on the Defendant's Motion to Compel Discovery and Motion for Attorney Fees (docket no. 22). The court has reviewed the motion and response. In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure. The court now being fully informed makes the following findings, conclusions, and order.

The court finds:

1. As to Defendant's interrogatory 1.1, the Plaintiff has fully answered this interrogatory and no further response is required.

2. As to Defendant's interrogatory 2.8, the Plaintiff has not provided specific dates for the judgments of conviction, and has not provided the court and case numbers for the two felony convictions that Plaintiff has suffered to the Defendant.

3. As to Defendant's interrogatory 6.1, the Plaintiff has fully answered this interrogatory and no further response is required.

4. As to Defendant's interrogatory 6.4, the Plaintiff has not provided information concerning the dates and type of consultation, examination, or treatment, and has further not provided the charges for such consultation, examination or treatment by each health care provider.

5. As to Defendant's interrogatory 6.5, the Plaintiff has not provided specific information on the dates that medications were prescribed and the costs of such medications.

6. As to Defendant's interrogatory 8.4, the Plaintiff has not provided information on how he calculated his monthly income.

7. As to Defendant's interrogatory 8.5, the Plaintiff has fully answered this interrogatory and no further response is required.

8. As to Defendant's interrogatory 8.8, the Plaintiff has fully answered this interrogatory and no further response is required.

### ORDER

Based upon these findings of fact and conclusions of law, this court **ORDERS:**

1. That Defendant's Motion to Compel Discovery and Motion for Attorney Fees (docket no. 22) is **GRANTED IN PART AND DENIED IN PART.**

2. That the Defendant's Motion to Compel Discovery and Motion for Attorney Fees is **GRANTED** as follows:

   a. That as to Defendant's interrogatory 2.8, the Plaintiff shall provide to Defendant specific dates of the judgments of conviction and the court and case numbers of the two felony convictions that Plaintiff has suffered;

   b. That as to Defendant's interrogatory 6.4, the Plaintiff shall provide to the Defendant information concerning the dates and types of consultation, examination, or treatment provided to the Plaintiff by the named health care providers. In addition, the Plaintiff shall provide to the Defendant the charges for such consultation, examination and/or treatment by each health care provider; and,

   c. That as to Defendant's interrogatory 6.5, the Plaintiff shall provide to the Defendant specific information as to the dates that medications were prescribed to Plaintiff and the costs of such medications.

   d. That as to Defendant's interrogatory 8.4, the Plaintiff shall provide to the Defendant specific information on how he calculated his monthly income.

3. The Plaintiff shall provide the above-referenced information to the Defendant no later than twenty (20) days from the issuance of this

order.

4. That the remainder of the Defendant's Motion to Compel Discovery (docket no. 22) is **DENIED.**

5. That the Defendant's Motion for Attorney Fees (docket no. 22) is **DENIED.**

Done this 22nd day of June 2005.

BY THE COURT

s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge