IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00243-RPM-MJW

DONALD K. BORTZFIELD,

Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Defendant's Motion for Protective Order and Motion for Attorney's Fees (docket no. 36) is GRANTED IN PART AND DENIED IN PART.  The Motion for Protective Order is GRANTED insofar as the depositions of Steven Benjamin, M.S. on September 1, 2005, Jeff Garcia on September 12, 2005, and Michael Munhall, M.D. on September 12, 2005, are all VACATED.  The portion of this motion that requests for attorney fees and costs is DENIED.  Each party shall pay their own attorney fees and costs for this motion.

     It is FURTHER ORDERED that this case is set for a telephone status conference on August 31, 2005, at 10:30 a.m. before Magistrate Judge Watanabe.  The Plaintiff shall initiate the telephone conference call.  The court's telephone number is (303) 844-2403.  At this status conference, the court will reset the dates for the depositions of Steve Benjamin, M.D., Jeff Garcia, and Michael Munhall, M.D.  The parties shall be prepared to provide the court with dates wherein these witnesses are available for deposition.

Date:  August 25, 2005