IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00243-RPM-MJW

DONALD K. BORTZFIELD,

Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Defendant's Second Motion for Protective Order, which was filed on August 23, 2005 (Docket No. 42), is granted. Substantially for the reasons stated in the defendant's motion, this court finds that items 1 and 3 of plaintiff's Subpoena dated August 8, 2005, served upon Neil Pitzer, M.D., are overly broad and unduly burdensome. Therefore, Dr. Pitzer need not comply with items 1 and 3 of the subpoena. It is further

     ORDERED that the parties shall use the correct civil action on all future filings in this matter, namely, 05-cv-00243-RPM-MJW.

Date: September 2, 2005