IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00243-RPM-MJW

DONALD K. BORTZFIELD,

Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Compel Discovery (docket no. 53) is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED as follows. State Farm shall provide to Plaintiff a copy of State Farm's file compiled in the ordinary course of adjusting Plaintiff's UIM claim minus the three documents listed in the privilege log. State Farm shall pay the cost for this copy of State Farm's file compiled in the ordinary course of adjusting Plaintiff's UIM claim minus the three documents listed in the privilege log since such disclosure is required under Fed. R. Civ. P. 26(a)(1). The remainder of the motion is DENIED.

Defendant State Farm Mutual Automobile Insurance Company ("State Farm") has disclosed 420 pages of "State Farm's file compiled in the ordinary course of adjusting Plaintiff's UIM claim." Moreover, State Farm has provided Plaintiff with a privilege log which identifies three documents within State Farm's file compiled in the ordinary course of adjusting Plaintiff's UIM claim. Based upon State Farm's response, State Farm is only claiming privilege to three documents as outlined in the privilege log provided to Plaintiff. Finally, Plaintiff has failed to demonstrate any legal authority to challenge the claimed privilege of the three documents listed in the privilege log.

Date: November 17, 2005