IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00243-RPM

DONALD K. BORTZFIELD,

     Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

     Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

It appearing from the files and records that this case is ready for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **February 2, 2006, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **http://www.cod.uscourts.gov/rules frame.htm** (Appendix G).   In addition, the proposed Final Pretrial Order shall be submitted by E-mail to **Matsch_Chambers@cod.uscourts.gov** by **January 26, 2006.**

     Dated: December 16, 2005

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge